UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **Dameyon West**, *Plaintiff,* | § § § | |
| v. | § § | Case No. 6:22-CV-00900-ADA |
| **Lehnert et al.**, *Defendants.* | § § § | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey Manske. ECF No. 6. The report recommends that Plaintiff's request to proceed *in forma pauperis* be **GRANTED** and that his complaint be **DISMISSED WITH PREJUDICE**.[1] The report and recommendation was filed on November 10, 2022.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff West filed objections on November 17, 2022. ECF No. 7. The Court has conducted a *de novo* review of Plaintiff's the motion to proceed *in forma pauperis*, the complaint, the report and recommendation, the objection to the report and recommendation, and the applicable laws.

---

[1] Judge Manske's recommendation does not use the term prejudice, but the Court understands Judge Manske's opinion to say that any amendment to Plaintiff's complaint would be futile. ECF No. 6 at 2-3.

After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Jeffrey Manske (ECF No. 6) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that Plaintiff's complaint be dismissed with prejudice. The Clerk of Court is instructed to **CLOSE** the case.

**SIGNED** this 15th day of October, 2025.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**